IDA MEDSUKIS, Respondent, *v.* SA-MED BRAKE & AUTO SERVICE CORPORATION, Appellant.

Submitted March 6, 1940; decided April 9, 1940.

*Clarence E. Mellen* for appellant.

*Fred P. Harrington, Charles S. Scholnicoff* and *John F. Mulvey* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts, on the ground there is no evidence of negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.